ORIGINAL

UNITED STATES COURT OF
FEDERAL CLAIMS

FILED
APR 24 2006
U.S. COURT OF
FEDERAL CLAIMS

The DIRECTV Group, Inc.,

-v-

UNITED STATES OF AMERICA

Case No.: 06-311 T

Rule 7.1 Statement

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for The DIRECTV Group, Inc. (a private non-governmental party) certifies that The DIRECTV Group, Inc. has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Date: April 20, 2006

By: Paul L. Kutten
Signature of Attorney

NY01/TORMC/1097888.1