No. 06-311 T
Judge Victor J. Wolski

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

THE DIRECTV GROUP, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

STATUS REPORT AND NOTICE OF CHANGE OF POSITION

---

The United States is providing this status report to give notice of a change in its litigation position in this case.

Plaintiff's complaint raises the issue whether certain long distance telephone service is subject to the federal communications excise tax under 26 U.S.C. § 4251. In accordance with Notice 2006-50 issued by the Department of Treasury and the Internal Revenue Service on May 25, 2006, the United States advises plaintiff and this Court that the United States intends to file a motion to amend its answer, pursuant to Fed.R.Civ.P. 15, to reflect the determination that the excise tax does not apply to plaintiff's long distance telephone service to the extent described in the attached Notice. The United States will contact plaintiff's counsel with the goal of resolving any remaining issues, including the amount of any overpayment of telephone excise taxes due to plaintiff.

Respectfully submitted,

s/Jacob Christensen
JACOB E. CHRISTENSEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
Voice: (202) 307-0878
Fax: (202) 514-9440
Email: jacob.e.christensen@usdoj.gov

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

May 25, 2006

s/Steven Frahm
Of Counsel