# In the United States Court of Federal Claims

No. 06-311T
(Filed November 2, 2006)

* * * * * * * * * * * * * * * * * * * * * * *
*
**THE DIRECTV GROUP, INC.,** *
*
Plaintiff, *
*
v. *
*
**THE UNITED STATES,** *
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court held a preliminary scheduling conference today in this matter. As the parties are optimistic concerning the prospects for settlement, the Court will not yet enter a scheduling order under Rule 16 of the Rules of the United States Court of Federal Claims. The parties shall file a joint status report within ninety days -- on or by **January 31, 2007** -- apprising the Court of the status of settlement discussions.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Judge